Case 3:17-cr-03328-RSH   Document 102   Filed 02/28/24   PageID.368   Page 1 of 1

AO 247 (Rev. 11/11:CASD 05/15)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jorge Ortiz-Salazar | ) Case No:  17-cr-3328-RSH-3 |
| | ) USM No:  42899018 |
| Date of Original Judgment:  07/31/2018 | ) |
| Date of Previous Amended Judgment: _____ | ) Payam Fakharara, Federal Defenders |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  210  months **is reduced to**  188  .

Except as otherwise provided, all provisions of the judgment dated  07/31/2018  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  02/28/2024

*Robert S. Huie*
*Judge's signature*

Effective Date: _____
*(if different from order date)*

HON. ROBERT S. HUIE, UNITED STATES DISTRICT JUDGE
*Printed name and title*